Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Imad El Khoury | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | Jury Trial: *(check one)*  ☑ Yes  ☐ No |
| -v- | ) | |
| Michael Goulding; Efthimios Bousios; Nicole Holmes; William Carlo; Oxana Cummings | ) ) ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) | |

*[FILED IN CLERKS OFFICE / U.S. DISTRICT COURT DISTRICT OF MASS. / 2021 JUN 21 PM 1:06]*

## COMPLAINT FOR A CIVIL CASE

**I.  The Parties to This Complaint**

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | El Khoury, Imad |
| Street Address | 1579 Race Lane |
| City and County | Marstons Mills, Barnstable County |
| State and Zip Code | MA 02648 |
| Telephone Number | 781-392-8458 |
| E-mail Address | imadkho@yahoo.com |

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

    Name      Goulding, Michael
    Job or Title *(if known)*      Police Chief- Weston Police Department
    Street Address      180 Boston Post Road bypass
    City and County      Weston, Middlesex County
    State and Zip Code      MA 02493
    Telephone Number      781-786-6200
    E-mail Address *(if known)*

Defendant No. 2

    Name      Bousios, Efthimios
    Job or Title *(if known)*      Sergeant, Weston Police Department
    Street Address      180 Boston Post Road bypass
    City and County      Weston, Middlesex County
    State and Zip Code      MA 02493
    Telephone Number      781-786-6201
    E-mail Address *(if known)*

Defendant No. 3

    Name      Carlo, William
    Job or Title *(if known)*      Detective/Police Prosecutor, Weston Police Department
    Street Address      180 Bostton Post Road Bypass
    City and County      Weston, Middlesex County
    State and Zip Code      MA 02493
    Telephone Number      781-786-6201
    E-mail Address *(if known)*

Defendant No. 4

    Name      Holmes, Nicole
    Job or Title *(if known)*      Officer
    Street Address      180 Boston Post Road Bypass
    City and County      Weston, Middlesex County
    State and Zip Code      MA 02493
    Telephone Number      781-786-6201
    E-mail Address *(if known)*

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Violation of the Equal Protection Clause and the Due Process Clause of the Fourteenth Amendment of the US Constitution

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* El Khoury, Imad, is a citizen of the State of *(name)* Lebanon.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Goulding, Michael, is a citizen of the State of *(name)* Massachusetts, United States. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

  b. If the defendant is a corporation

  The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

  Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:
The actions undertaken by the defendants mentioned herein have damaged my reputation, threatened my personal safety, made me answer for baseless criminal charges, and inflicted on me emotional distress that exacerbated my pre-existing health conditions, and caused me feelings of humiliation, anxiety, and isolation.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please check the "Statement of Claims" in the pages 20 through 25 in the attached document (Civil Action). Claims brought under Section 1983 include Due Process Claim; Class of One Equal Protection Claim, and 1983 Conspiracy Claim against Michael Goulding and Efthimios Bousios, each in his individual capacity. In few words, Goulding authorized Bousios to issue a 209A against me in order to fulfill my landlord's goal in evicting me from my rented room. To cover their wrongdoing, Bousios invented a crime, fabricated evidence, and made serious omissions to the original incident report. William Carlo then filed an application for criminal complaint...

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Violating my civil rights, filing baseless criminal charges against me, threatening my personal safety, and damaging my reputation, are all actions that the defendants have taken against me and that have inflicted emotional distress on me. Such distress has exacerbated my pre-existing health conditions (high blood pressure), and has made me suffer from feelings of sadness, anxiety, and isolation. Damages to my reputation are likely to have adverse effects on my professional career and personal relationships in the future.

The aforementioned misconduct has been undertaken by persons acting under the color of law, and I believe punitive damages are required to deter those defendants (and any others) from committing similar misconduct in the future. Therefore, I am asking for $1 Million from Michael Goulding, Efthimios Bousios, Nicole Holmes, and William Carlo, in addition to an apology letter from the Town of Weston. With respect to Oxana Cummings, I am requesting $200,000. Nonetheless, I am willing to waive my civil claims against her if she seeks medical counseling and treatment for her addictions, and voluntarily bans herself from gambling.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 19, 2021

Signature of Plaintiff: *Imad*

Printed Name of Plaintiff: Imad El Khoury  "Pro Se"

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Street Address: 
State and Zip Code: 
Telephone Number: 
E-mail Address: